# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUIET COMMUNITIES, INC.<br>60 Thoreau St.<br>Suite 261<br>Concord, MA 01742; *and*<br><br>JEANNE M. KEMPTHORNE,<br>                              *Plaintiffs*.<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY; *and*<br><br>MICHAEL S. REGAN, in his official capacity as<br>Administrator,<br><br>United States Environmental Protection Agency<br>Mail Code 1101A<br>1200 Pennsylvania Ave., N.W.<br>Washington, DC 20460,<br>                              *Defendants*. | Case No. 1:23-cv-01649-JMC |

## CERTIFICATE OF SERVICE OF NOTICE UNDER SEAL OF PLAINTIFF KEMPTHORNE'S ADDRESS

In accordance with Civil Local Rule 5.1(c)(1), I certify that a true and correct copy of the Notice Under Seal of Plaintiff Kempthorne's Address in this matter and the Notice of Electronic Filing for this document were served on June 9, 2023, via certified U.S. Mail to the following parties and addresses:

Michael S. Regan
Administrator
United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Merrick Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

  And via email to the following party and email address, as directed by the United States Attorney's Office for the District of Columbia's guidance and stated preference for service of process in civil actions:

Matthew M. Graves
United States Attorney for the District of Columbia
Civil Process Clerk
USADC.ServiceCivil@usdoj.gov

Dated: June 28, 2023.

Respectfully submitted,

/s/ Jeffrey M. Feldman
Jeffrey M. Feldman (D.C. Bar No. WA0032)
Summit Law Group
315 Fifth Avenue S, Suite 1000
Seattle, WA 98104-2682
Tel: (206) 676-7000
jefff@summitlaw.com

*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE OF NOTICE UNDER SEAL OF PLAINTIFF KEMPTHORNE'S ADDRESS 2