# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| QUIET COMMUNITIES, INC.<br>60 Thoreau St.<br>Suite 261<br>Concord, MA 01742; *and*<br><br>JEANNE M. KEMPTHORNE,<br>*Plaintiffs*.<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; *and*<br><br>MICHAEL S. REGAN, in his official capacity as Administrator,<br><br>United States Environmental Protection Agency<br>Mail Code 1101A<br>1200 Pennsylvania Ave., N.W.<br>Washington, DC 20460,<br>*Defendants*. | Case No. 1:23-cv-01649-JMC |

**PLAINTIFFS' PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on Plaintiffs' Motion for Summary Judgment (Dkt. 18), Defendants' Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment (Dkt. 19), and Plaintiffs' Consolidated Reply and Opposition to Defendants' Cross-Motion for Summary Judgment (Dkt. 21). On the basis of the arguments presented in the Parties' briefs, including supporting affidavits and declaration, responses, replies, exhibits attached thereto, and the Parties' respective arguments, the Court hereby **ORDERS** that:

1. Defendants' Motion for Summary Judgment is **DENIED**;
2. Plaintiffs' Motion for Summary Judgment is **GRANTED**;

3. The Clerk of the Court shall enter judgment for Plaintiffs Quiet Communities, Inc., and Jeanne M. Kempthorne as to liability on each of Plaintiffs' claims for Defendants' failure to perform nondiscretionary duties under Sections 4, 5(a)(1), 5(a)(2), 5(b), 5(c), 6(a), 6(c), 8, 14, and 15 of the Noise Control Act in violation of the Noise Control Act and the Administrative Procedure Act;

4. The Parties shall confer within 14 days of the Court's ruling on this Motion; and

5. The Parties shall submit a joint scheduling proposal for addressing remedies within 21 days of the Court's ruling on this Motion.

**SO ORDERED,**

Date: ______________________ ______________________________
UNITED STATES DISTRICT JUDGE

COPIES TO:

Andrew D. Knudsen (D.C. Bar No. 1019697)
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 353-7466
Andrew.Knudsen@usdoj.gov

*Attorney for Defendants*

Jeffrey M. Feldman (D.C. Bar No. WA0032)
Summit Law Group
315 Fifth Avenue S, Suite 1000
Seattle, WA 98104-2682
Tel: (206) 676-7000
jefff@summitlaw.com

Sanne Knudsen (*Admitted Pro Hac Vice*)
WSBA Bar No. 52654
Regulatory Environmental Law & Policy Clinic
University of Washington School of Law
4293 Memorial Way NE
Seattle, WA 98195-0001

Tel: (206) 221-7443
sknudsen@uw.edu

Erica Proulx (*Admitted Pro Hac Vice*)
WSBA Bar No. 60155
Regulatory Environmental Law & Policy Clinic
University of Washington School of Law
4293 Memorial Way NE
Seattle, WA 98195-0001
Tel: (206) 616-7329
uwdiehlfellow@uw.edu

*Attorneys for Plaintiffs*