# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUIET COMMUNITIES, INC.<br>60 Thoreau St.<br>Suite 261<br>Concord, MA 01742; *and*<br><br>JEANNE M. KEMPTHORNE,<br>         *Plaintiffs*.<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY; *and*<br><br>MICHAEL S. REGAN, in his official capacity as Administrator,<br><br>United States Environmental Protection Agency<br>Mail Code 1101A<br>1200 Pennsylvania Ave., N.W.<br>Washington, DC 20460,<br>         *Defendants*. | Case No. 1:23-cv-01649-JMC |

## NOTICE OF WITHDRAWAL OF COUNSEL

**TO: THE CLERK OF THE COURT**

**AND TO: ALL PARTIES OF RECORD**

Pursuant to LCvR 83.6(b), PLEASE TAKE NOTICE of the following withdrawal of counsel on behalf of Plaintiffs Quiet Communities, Inc., and Jeanne M. Kempthorne in the above-captioned matter. The represented parties assent to this withdrawal.

**WITHDRAWING COUNSEL:**
Erica Proulx (*Admitted Pro Hac Vice*)
WSBA Bar No. 60155
Regulatory Environmental Law & Policy Clinic

1

University of Washington School of Law
4293 Memorial Way NE
Seattle, WA 98195-0001
Tel: (206) 616-7329
uwdiehlfellow@uw.edu

Sanne Knudsen, of the Regulatory and Environmental Law & Policy Clinic, and Jeffrey M. Feldman, of Summit Law Group, will continue to represent Plaintiffs Quiet Communities, Inc., and Jeanne M. Kempthorne in this matter.

Dated: October 16, 2024.

Respectfully submitted,

By: *Erica Proulx*
Erica Proulx
WSBA Bar No. 60155
Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, WA 98104
Tel: (206) 739-5184
erica@kampmeierknutsen.com

By: *Jamie L. Banks*
Jamie L. Banks, PhD, MSc, President
On Behalf of Quiet Communities, Inc.
60 Thoreau Street, Suite 261
Concord, MA 01742

By: *Jeanne M. Kempthorne*
Jeanne M. Kempthorne