**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Quiet Communities, Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency, et al.,<br><br>Defendants. | Case No. 23-cv-1649 |

**JOINT STATUS REPORT AND MOTION FOR AN ORDER
SETTING A BRIEFING FORMAT AND SCHEDULE**

Pursuant to the Court's Memorandum Opinion and Order (Dkt. No. 30) and the July 16 and August 25, 2026 Minute Orders, Defendants United States Environmental Protection Agency and Lee M. Zeldin (collectively, "EPA") and Plaintiffs Quiet Communities, Inc., and Jeanne M. Kempthorne submit this joint status report and proposed format and schedule for briefing the remedy issues in this case.

Given the circumstances here, the Parties propose simultaneously filed opening briefs and optional, simultaneously filed reply briefs. The Parties further propose that the forms of these briefs be governed by Local Civil Rule 7 (except any provisions regarding deadlines).

The Parties respectfully request that the Court enter an order ordering the following schedule:

| **FILING** | **DUE DATE** |
|---|---|
| Plaintiffs' opening brief | March 1, 2027 |
| EPA's opening brief | March 1, 2027 |
| Plaintiffs' optional reply brief | March 31, 2027 |
| EPA's optional reply brief | March 31, 2027 |

Dated: September 30, 2026

Respectfully Submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

s/ *Cameron Hinojos*
Cameron Hinojos
U.S. Department of Justice
Energy and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 305-5884 (phone)
(202) 514-8865 (fax)
Email: cameron.hinojos@usdoj.gov

*Counsel for Federal Defendants*

s/ *Jeffrey M. Feldman (with permission)*
Jeffrey M. Feldman (D.C. Bar No. WA0032)
Summit Law Group
315 Fifth Ave. S,
Ste. 1000
Seattle WA 98104
(206) 676-7000
jefff@summitlaw.com

Sanne Knudsen (*Admitted Pro Hoc Vice)*
WSBA Bar No. 52654
Regulatory Environmental Law & Policy Clinic
University of Washington School of Law
4293 Memorial Way NE
Seattle, WA 98195
(206) 221-7443
sknudsen@uw.edu

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all attorneys of record, who are required to have registered with the Court's CM/ECF system.

Dated: September 30, 2026

/s/ *Cameron Hinojos*
Cameron Hinojos